AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern                                    District of    New York

PLUMBERS' UNION LOCAL NO. 12
PENSION FUND, Individually and On
Behalf of All Others Similarly Situated,

**SUMMONS IN A CIVIL CASE**

V.

SWISS REINSURANCE COMPANY, JACQUES
AIGRAIN, GEORGE QUINN, CHRISTIAN
MUMENTHALER, RAJ SINGH and ANDREAS
BEERLI,

CASE NUMBER: 08-CV-01958

TO: (Name and address of Defendant)

Swiss Reinsurance Company c/o
Swiss Re Financial Services Corporation
Park Avenue Plaza
55 East 52nd Street
New York, NY 10055

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                         FEB 2 7 2008

CLERK                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 4-07-08 At 3:50pm |
| NAME OF SERVER (PRINT) Daniel DiCarlo | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where ___John Power - Managing Agent___

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

☐ Returned _____

☐ Other _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___4-8-08___    _[signature]_
             Date            Signature of Server

LOWER LEVEL
858 MERRICK AVE.
EAST MEADOW, N.Y. 11554

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.