```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PLUMBERS' UNION LOCAL NO. 12
PENSION FUND, Individually and On
Behalf of All Others Similarly Situated,

    Plaintiff,

v.

SWISS REINSURANCE COMPANY,
JACQUES AIGRAIN, GEORGE QUINN,
CHRISTIAN MUMENTHALER, RAJ
SINGH and ANDREAS BEERLI,

    Defendants.

Civil Action No. 08-01958 (JGK)

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, the complaint in the above-captioned action is governed by the provisions of the Private Securities Litigation Reform Act (the "PSLRA"), 15 U.S.C. § 7, *et seq*,

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties to this action subject to the approval of the Court, as follows:

1.    Paul, Weiss, Rifkind, Wharton & Garrison LLP is authorized to accept on behalf of defendants, and hereby does accept, service of the summons and complaint in this action without prejudice and without waiver of any of defendants' defenses, objections or arguments except as to sufficiency of service of process.

2.    Not later than sixty (60) days after the entry of an order appointing Lead Plaintiff and Plaintiffs' Lead Counsel pursuant to the PSLRA, Plaintiffs shall serve and file a Consolidated Amended Complaint which shall serve as the operative complaint in the Action and shall supersede any other complaints filed in and/or transferred to this Court.

3.    Defendants shall not be required to answer or otherwise respond to, and are hereby expressly relieved from answering or otherwise responding to, any complaint, other than the Consolidated Amended Complaint.

4.  Defendants shall move, answer or otherwise respond to the Consolidated Amended Complaint within sixty (60) days of service upon Defendants' counsel of the Consolidated Amended Complaint.

5.  Plaintiffs shall have sixty (60) days to respond to or oppose Defendants' motion to dismiss, if any; and Defendants shall have forty-five (45) days to serve a reply brief.

So Ordered

_____
Judge John Koeltl

Dated: April 28, 2008
       New York, New York

COUGHLIN STOIA GELLER RUDMAN &
ROBBINS LLP

By: /s/ Mario Alba
Mario Alba, Jr.
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100
*Attorneys for Plaintiff*

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON, LLP

By: /s/ Daniel J. Kramer
Daniel J. Kramer
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000
*Attorneys for Defendants*