UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PLUMBERS' UNION LOCAL NO. 12 PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  v.<br><br>SWISS REINSURANCE COMPANY, JACQUES AIGRAIN, GEORGE QUINN, CHRISTIAN MUMENTHALER, RAJ SINGH and ANDREAS BEERLI,<br><br>      Defendants. | Civil Action No. 08 CV 01958<br><br>Judge John G. Koeltl<br><br>**NOTICE OF APPEARANCE** |

Please take notice that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for defendants Swiss Reinsurance Company, Jacques Aigrain, George Quinn, Christian Mumenthaler, Raj Singh and Andreas Beerli (the "Defendants"). Defendants expressly reserve any and all rights and defenses available under Rule 12 of the Federal Rules of Civil Procedure or otherwise, including, but not limited to, the defense of lack of personal jurisdiction.

Dated: May 5, 2008

                PAUL, WEISS RIFKIND, WHARTON
                & GARRISON LLP

                By: /s/ Daniel J. Kramer

                Daniel J. Kramer (dkramer@paulweiss.com)
                1285 Avenue of the Americas
                New York, NY 10019-6064

                *Attorneys for Defendants Swiss Reinsurance*
                *Company, Jacques Aigrain, George Quinn,*
                *Christian Mumenthaler, Raj Singh and Andreas*
                *Beerli.*

TO:     Darren J. Robbins
        Matthew P. Montgomery
        COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
        655 West Broadway, Suite 1900
        San Diego, CA 92101

        *Attorneys for Plaintiff*