UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PLUMBERS' UNION LOCAL NO. 12 PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>SWISS REINSURANCE COMPANY, JACQUES AIGRAIN, GEORGE QUINN, CHRISTIAN MUMENTHALER, RAJ SINGH and ANDREAS BEERLI,<br><br>　　　　　　　　　　　Defendants. | Civil Action No. 08 CV 01958<br><br>Judge John G. Koeltl |

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable district judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Swiss Reinsurance Company certify that Swiss Reinsurance Company is a publicly traded corporation, it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated:　New York, New York
　　　　　May 5, 2008

　　　　　　　　　　　　　　　　　　　　　　　PAUL, WEISS RIFKIND, WHARTON
　　　　　　　　　　　　　　　　　　　　　　　　& GARRISON LLP

　　　　　　　　　　　　　　　　　　　　　　　By:　/s/ Daniel J. Kramer

　　　　　　　　　　　　　　　　　　　　　　　Daniel J. Kramer (dkramer@paulweiss.com)
　　　　　　　　　　　　　　　　　　　　　　　James L. Brochin (jbrochin@paulweiss.com)
　　　　　　　　　　　　　　　　　　　　　　　1285 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10019-6064

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　　　　*Swiss Reinsurance Company*