```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------- x
PLUMBERS' UNION LOCAL NO. 12          : Civil Action No. 1:08-cv-01958-JGK
PENSION FUND, Individually and On Behalf :
of All Others Similarly Situated,      : CLASS ACTION
                                       :
                        Plaintiff,     :
                                       :
        vs.                            :
                                       :
SWISS REINSURANCE COMPANY, et al.,     :
                                       :
                        Defendants.    :
                                       :
--------------------------------------- x

## [PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL

Having considered the motion of Plumbers' Union Local No. 12 Pension Fund ("Plumbers' Pension Fund") for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel and the Memorandum of Law and Declaration of Mario Alba, Jr., in support thereof, and good cause appearing therefore, *and there being no opposition to the motion,*

1. Plumbers' Pension Fund is hereby appointed Lead Plaintiff for the Class pursuant to Section 21D of the Securities Exchange Act of 1934; and

2. The law firm of Coughlin Stoia Geller Rudman & Robbins LLP is hereby appointed Lead Counsel.

\* \* \*

**ORDER**

IT IS SO ORDERED.

DATED: 7/28/08

_____
THE HONORABLE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

- 1 -