UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————— x
PLUMBERS' UNION LOCAL NO. 12    :   Civil Action No. 1:08-cv-01958-JGK
PENSION FUND, Individually and On Behalf  :
of All Others Similarly Situated,       :   CLASS ACTION
                     :
           Plaintiff,    :   STIPULATION AND [PROPOSED] ORDER
                     :
   vs.                 :
                     :
SWISS REINSURANCE COMPANY, et al.,  :
                     :
          Defendants.   :
                     :
————————————————— x



USDC
DOC
ELECTR
DOC #
DATE FILED: 08/26/08

**COURTESY COPY**

WHEREAS, by Stipulation and Order dated April 28, 2008, the parties had agreed, *inter alia*, that Lead Plaintiff shall have 60 days from the date of the entry of the Order appointing Lead Plaintiff to file an amended complaint;

WHEREAS, at a conference held before the Court on July 28, 2008, the Court expressed its interest in shortening the time for Lead Plaintiff to file its amended complaint;

WHEREAS, the Order appointing Lead Plaintiff was entered on July 29, 2008; and

WHEREAS, Lead Plaintiff intends to file its amended complaint by no later than September 10, 2008;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, as follows:

1.    Lead Plaintiff shall file its amended complaint by no later than September 10, 2008.

2.    The time for Defendants to move, answer or otherwise respond to the amended complaint, and any responses thereto, shall remain as set forth in the Stipulation and Proposed Order that was "So Ordered" on April, 28, 2008.

DATED:  August 21, 2008               COUGHLIN STOIA GELLER
                                         RUDMAN & ROBBINS LLP
                                      SAMUEL H. RUDMAN
                                      DAVID A. ROSENFELD
                                      MARIO ALBA, JR.


                                      ~~MARIO ALBA, JR.~~ DAVID A. ROSENFELD

                                      58 South Service Road, Suite 200
                                      Melville, NY 11747
                                      Telephone: 631/367-7100
                                      631/367-1173 (fax)

                                      *Lead Counsel for Plaintiff*

- 1 -

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON, LLP
DANIEL J. KRAMER

_____
DANIEL J. KRAMER

1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: 212/373-3000
212/757-3990 (fax)

*Attorneys for Defendants*

IT IS SO ORDERED.

DATED: ___8/25/08___     _____
THE HONORABLE JOHN KOELTL
UNITED STATES DISTRICT JUDGE

- 2 -