```
SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-5-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
PLUMBERS' UNION LOCAL 12
PENSION FUND, et al.,
                        Plaintiff(s),

            -against-

SWISS REINSURANCE COMPANY, et al.,
                        Defendant(s).
------------------------------------------------------X

08 civ 1958 (JGK)

**ORDER**

A conference in this matter is scheduled for **Wednesday, September 17, 2008 at 4:30pm.** Any requests for adjournment in this action should be in writing to the Court.

**SO ORDERED.**

                                                  JOHN G. KOELTL
                                      UNITED STATES DISTRICT JUDGE

Dated: New York, New York
         September 4, 2008