USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/5/10

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

PLUMBERS' UNION LOCAL NO. 12 PENSION FUND, individually and on behalf of all others similarly situated,

Plaintiff,

-against-

SWISS REINSURANCE COMPANY, ET AL.,

Defendants.

-----------------------------------------------------------X

08 **CIVIL** 1958 (JGK)

# JUDGMENT

Defendants having moved to dismiss the second amended complaint, and the matter having come before the Honorable John G. Koeltl, United States District Judge, and the Court, on October 1, 2010, having rendered its Opinion and Order granting defendants' motion, and dismissing the complaint with prejudice, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 1, 2010, defendants' motion is granted and the complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
October 5, 2010

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:**

**Deputy Clerk**

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON ______